STATE OF INDIANA ON RELATION OF COLLINS *v.*
LAKE SUPERIOR COURT, ROOM 4, ROSZKOWSKI,
AS JUDGE, ETC.

[No. 29,198. Filed October 5, 1954.]

*George W. McCain,* of Gary, for relator.

*Charles W. Gannon* and *Rubin & Rubin,* all of Gary,
for respondents.

FLANAGAN, C. J.—This is a petition for a writ of
mandate and prohibition. The original action in the
trial court was on account and for appointment of re-
ceiver. Relator duly filed a plea in abatement, contend-
ing that service on him was obtained by leaving a copy
of the summons at his place of business instead of his
residence. Evidence was heard and the finding was
against relator on his plea in abatement.

Relator now says here that the ruling of the trial
court was wrong and we should prohibit the trial court
from proceeding further.

Writs of prohibition and mandamus are extraordi-
nary remedies, and not intended to take the place of
appeals, and do not issue where there is another ade-
quate remedy. Here relator has his remedy of appeal
which is full and adequate.

The temporary writ of prohibition is hereby vacated and annulled.

Bobbitt, Draper, Emmert, and Gilkison, JJ., concur.

NOTE.—Reported in 121 N. E. 2d 731.